# EXHIBIT B

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO. 2022-009415-CA-01 (44)

COMPLEX BUSINESS LITIGATION
DIVISION

**FRANCESCO LEFEBVRE D'OVIDIO,**

       **Plaintiff,**

v.

**ROYAL CARIBBEAN CRUISES, LTD.,**

       **Defendant.**

_____

**DEFENDANT ROYAL CARIBBEAN CRUISES, LTD.'S**
**NOTICE OF FILING NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that on May 26, 2022, Defendant Royal Caribbean Cruises, Ltd. removed this action to the Untied States District Court for the Southern District of Florida, by filing a Notice of Removal in that Court. A copy of the Notice of Removal is attached as Exhibit A. Accordingly, and under 28 U.S.C. § 1446(d), this Court may proceed no further unless and until the case is remanded.

DATED:  May 26, 2022 Respectfully submitted,

                      QUINN EMANUEL URQUHART & SULLIVAN LLP

By  */s/ Olga M. Vieira*
Olga M. Vieira (Fla. Bar No. 29783)
Samuel G. Williamson (Fla. Bar No. 1033817)
Erica L. Perdomo (Fla. Bar No. 105466)
2601 South Bayshore Drive, 15th Floor
Miami, FL 33133
olgavieira@quinnemanuel.com
samwilliamson@quinnemanuel.com
ericaperdomo@quinnemanuel.com
Telephone:  (305) 496-2988

*Attorneys for Defendant Royal Caribbean Cruises, Ltd.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of May, 2022, a true and correct copy of the foregoing document was electronically filed, which will serve a Notice of Filing on all counsel of record, via the Court's e-service system.

By: */s/ Olga M. Vieira*
Olga M. Vieira
Florida Bar No. 29783
olgavieira@quinnemanuel.com